UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DARYL A. TYLER, of Canton, County of Oxford, State of Maine<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, With a place of business in Portland, County of Cumberland, State of Maine<br><br>Defendant | *<br>*<br>*<br>*<br>*     Civil No. 16-_____<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

NOW COMES the Plaintiff, by and through his attorneys, and complains against the Defendant as follows:

## COUNT I

1. Plaintiff Daryl A. Tyler (hereinafter "Plaintiff"), is a resident of Canton, County of Oxford, State of Maine.

2. Defendant United States Postal Service (hereinafter "Defendant"), is a business entity with a place of business in Portland, County of Cumberland, State of Maine.

3. On or about September 26, 2015, at approximately 12:47pm Plaintiff was operating a 2004 Jeep. Said vehicle was traveling on a public way known as Boothbay Road in Livermore, County of Androscoggin, State of Maine.

4. On said date and time, Michele L. Oben ("Oben") was operating a 1989 GM while in the employ of Defendant and while acting within the scope of her employment therewith

5. On said date and time, Oben's vehicle was momentarily stopped on the side of Boothbay Road in Livermore, County of Androscoggin, State of Maine, while Oben loaded mail to the front of Defendant's truck, where she could reach it for delivery.

6. At said time and place, Defendant owed to Plaintiff the duty to use care to operate said vehicle in such a way as to avoid causing vehicle collisions.

7. At said time and place, Defendant's agent Oben, being unmindful of her duty aforesaid did negligently and carelessly drive and operate Defendant's vehicle in such a manner

that she caused it to collide with the Plaintiff's vehicle by pulling the vehicle onto the roadway without keeping a watchful lookout, thereby colliding with Plaintiff's vehicle.

8. Defendant was further negligent at said time and place in that:

a. she failed to see the Plaintiff's vehicle, although by exercise of due care he could have seen said vehicle in time to avoid striking it;
b. she failed to yield the right of way to the Plaintiff's vehicle;
c. she was inattentive in operating said automobile.

9. As a direct and proximate result of the negligence of the Defendant's agent, the Defendant's vehicle struck the vehicle operated by the Plaintiff, as a result of which Plaintiff received great injuries of mind and body.

10. Said injuries caused great pain and suffering and mental anguish to Plaintiff and required hospitalization and medical treatment for which Plaintiff is liable financially, have caused Plaintiff to lose wages and prevented him from performing his usual employment, resulting in an impaired earning capacity, and have caused him loss of enjoyment of life, all of which elements of damage are of a continuing nature since the injuries are permanent in their effects.

11. Defendant is liable for the acts of its agent Oben, which acts were undertaken in the course and scope of her employment with Defendant.

WHEREFORE, Plaintiff Daryl A. Tyler prays judgment that is reasonable against Defendant United States Postal Service, this Count I, plus interest and costs.

## COUNT II

12. Plaintiff realleges the allegations contained in Paragraphs 1 through 11 and incorporates the same herein by reference.

13. As a direct and proximate result of Defendant's aforestated negligence, Plaintiff's personal injury was damaged and diminished in value, to Plaintiff's financial detriment.

WHEREFORE, Plaintiff Daryl A. Tyler prays judgment that is reasonable against Defendant United States Postal Service, this Count II, plus interest and costs.

DATED at Lewiston, Maine this 21st day of September, 2016.

/s/ William C. Herbert
William C. Herbert, Esq.
Bar Roll No. 5181
Attorney for Plaintiff

HARDY, WOLF & DOWNING, P.A.
186 Lisbon Street

P.O. Box 3065
Lewiston, ME 04243-3065